IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMANUEL ANTHONY MILLER, | ) | No. C 10-5746 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATES, | ) | |
| Respondent. | ) | |

    The Court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/31/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Miller746jud.wpd